# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO J. QUINTANA, Warden,[1]<br><br>　　　　　Respondent. | Case No. 5:22-cv-00150-FLA (PVCx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, Respondent's Motion to Dismiss, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections.  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the court concurs with and accepts the findings and conclusions of the Magistrate Judge, with the following amendment:  the typographical error in footnote 1, page 1 is corrected to read "where Petitioner is currently housed."

　　　　IT IS ORDERED that Respondent's Motion to Dismiss is granted.  The Petition is denied and Judgment shall be entered dismissing this action without prejudice.

　　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

---

[1] Francisco J. Quintana, Warden of USP Victorville, where Petitioner is currently housed, is substituted for his predecessor named in the Petition.  *See* Fed. R. Civ. P. 25(d).

Judgment herein on Petitioner and counsel for Respondent.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 1, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge