**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME WHITE, | Case No. 5:22-cv-00150-FLA (PVCx) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO J. QUINTANA, Warden,[1] | |
| Respondent. | |

Pursuant to the court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: November 1, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Francisco J. Quintana, Warden of USP Victorville, where Petitioner is currently housed, is substituted for his predecessor named in the Petition. *See* Fed. R. Civ. P. 25(d).